**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

NUUH AMIR NA'IM
ADC # 116249 PLAINTIFF

v. 3:26CV00232-LPR-JTK

DEXTER PAYNE, et al. DEFENDANTS

**ORDER**

Having reviewed Nuuh Amir Na'im's ("Plaintiff") Amended Complaint (Doc. No. 8) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants Thomas Hurst, Jerry Wilson, Brian Sights, and Jennifer Phillips is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Thomas Hurst, Jerry Wilson, Brian Sights, and Jennifer Phillips. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 8), Summons, and this Order on Defendants Thomas Hurst, Jerry Wilson, Brian Sights, and Jennifer Phillips without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 18th day of September, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).