**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

NUUH AMIR NA'IM
ADC # 116249 PLAINTIFF

v. 3:26CV00232-LPR-JTK

DEXTER PAYNE, et al. DEFENDANTS

**ORDER**

Nuuh Amir Na'im ("Plaintiff") has filed a Motion for Status Update. (Doc. No. 16). Plaintiff's Motion (Doc. No. 16) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet along with a copy of this Order. The Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas are available at:

https://www.are.uscourts.gov/sites/are/files/local_rules/All_LR.pdf

IT IS SO ORDERED this 19th day of October, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE